UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOM CLEGG GIBSON,

                Plaintiff,

v.

MINNKOWSKI,

                Defendants.

Case No. 3:22-cv-05047-RAJ-TLF

REPORT AND RECOMMENDATION

Noted for July 29, 2022

This matter has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a)(4). This matter comes before the Court on plaintiff's proposed complaint. Dkt. 1-1. Plaintiff is proceeding *pro se* in this matter.

Plaintiff filed a proposed complaint in this action but did not pay the necessary filing fee or file an application to proceed *in forma pauperis.* Dkt. 1. The Clerk of the Court informed plaintiff of this deficiency and directed plaintiff to correct the deficiency by February 22, 2022. Dkt. 2. Plaintiff filed a signed acknowledgement and authorization, acknowledging that under 28 U.S.C. § 1915 plaintiff would be required to make monthly payments until the filing fee was paid in full. Dkt. 4.

Plaintiff did not file an application to proceed *in forma pauperis* and did not pay the Court filing fee. The Clerk sent another letter directing plaintiff to either pay the

REPORT AND RECOMMENDATION - 1

Court filing fee or file an application to proceed *in forma pauperis*. Dkt. 5. Plaintiff filed a response notifying the Court that plaintiff would be paying the Court filing fee. Dkt. 6.

Plaintiff did not pay the Court filing fee and did not file a motion to proceed *in forma pauperis*. The Court issued an Order to Show Cause directing plaintiff to correct the deficiency identified in the Clerk's Notices (Dkt. 2, 5) – by filing an application to proceed *in forma pauperis* or by paying the filing fee for this action. The Court set a deadline of June 10, 2022 for plaintiff to correct the deficiency. Plaintiff has not filed a response and has not corrected the identified deficiency.

The undersigned recommends the Court DISMISS this complaint without prejudice for failure to prosecute and failure to comply with a court order. *See, Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), *as amended* (May 22, 1992) ("[T]he district court may dismiss an action for failure to comply with any order of the court.").

Plaintiff has fourteen (14) days from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on July 29, 2022, as noted in the caption.

Dated this 8th day of July, 2022.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2