UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOM CLEGG GIBSON,

                Plaintiff,

  v.

MINNKOWSKY,

                Defendant.

Case No. 3:22-cv-5047-RAJ-TLF

~~PROPOSED~~ ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is dismissed without prejudice; and

(3)    If plaintiff appeals, plaintiff will not continue *in forma pauperis* on appeal.

Dated this 30th day of August, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1